**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Karl Earl BEAMON, Defendant—
Appellant.**

No. 08–7954.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 7, 2009.

Decided: Feb. 4, 2009.

Karl Earl Beamon, Appellant Pro Se.
James Ashford Metcalfe, Assistant United
States Attorney, Norfolk, Virginia, for Appellee.

Before TRAXLER, KING, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Karl Earl Beamon appeals the district
court's order denying his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We
have reviewed the record and find no reversible error. Accordingly, we affirm for
the reasons stated by the district court.
*United States v. Beamon,* No. 4:99–cr–
00004–JBF–1 (E.D.Va. Aug. 14, 2008).
We dispense with oral argument because
the facts and legal contentions are adequately presented in the materials before
the court and argument would not aid the
decisional process.

*AFFIRMED.*